```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/25/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

      v.

DONALD J. TRUMP and JEFFREY E. EPSTEIN,

                Defendants.

No. 16-CV-4642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    An initial pretrial conference is presently scheduled for September 9, 2016 in this action. Plaintiff, however, has not yet filed affidavits of service confirming that Defendants have been served with copies of the summons and complaint. In order to allow Plaintiff the full amount of time authorized by Rule 4(m) of the Federal Rules of Civil Procedure to serve Defendants and to allow Defendants the full amount of time authorized by Rule 12(a) to respond to the complaint in advance of the initial pretrial conference, the conference shall be adjourned until October 14, 2016 at 10:00 a.m.

SO ORDERED.

Dated:    August 25, 2016
            New York, New York

Ronnie Abrams
United States District Judge