IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | |
|---|---|
| JANE DOE, proceeding under a pseudonym, ) | |
| ) | |
|     Plaintiff, ) | Case No.: 1:16-CV-04642 |
| ) | |
| v. ) | |
| ) | NOTICE OF VOLUNTARY |
| DONALD J. TRUMP and ) | DISMISSAL PURSUANT TO |
| JEFFREY E. EPSTEIN, ) | F.R.C.P. 41(a)(1)(A)(i) |
| ) | |
|     Defendants. ) | |

---------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

___

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

                                      Respectfully submitted,

Dated: September 16, 2016      By:  /s/ *Thomas Francis Meagher*
                                              Thomas Francis Meagher
                                              SDNY Bar Code TM6707
                                              One Palmer Square
                                              Princeton, New Jersey 08542
                                              Telephone: (609) 558-1500
                                              tmeagher@thomasfmeagheresq.com

                                              ATTORNEY FOR PLAINTIFF